```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**ORIGEN FINANCIAL, L.L.C.**                                                     **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO. 3:07-cv-318-WHB-LRA**

**CHRISTY LYNN W. THOMPSON and**
**CHRISTOPHER K. THOMPSON**                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the November 15, 2007, Opinion and Order of this Court, which granted the Motion of Origen Financial, L.L.C. for Summary Judgment, Defendants Christy Lynn W. Thompson and Christopher K. Thompson are hereby ordered to submit all of the claims they have alleged against Origen Financial L.L.C. in the lawsuit styled <u>Christy Lynn W. Thompson and Husband, Christopher K. Thompson v. Family Home Center, Inc., Waverlee Homes, Inc., and Origen Financial L.L.C.</u>, Cause No. 2007-187, which is currently pending in the Chancery Court of Pike County, Mississippi, to arbitration.

All proceedings relating to the claims of Christy Lynn W. Thompson and Christopher K. Thompson against Origen Financial L.L.C. in the case of <u>Christy Lynn W. Thompson and Husband, Christopher K. Thompson v. Family Home Center, Inc., Waverlee Homes, Inc., and Origen Financial L.L.C.</u>, Cause No. 2007-187, in the Chancery Court of Pike County, Mississippi, are hereby stayed

pending arbitration of the Thompsons's claims against Origen Financial, L.L.C.

This case is hereby administratively dismissed from the active docket of this Court.  Either party may move to re-open this case if further judicial intervention is necessary to enforce the Order of this Court, or to enter judgment on the arbitration award.

SO ORDERED this the 15th day of November, 2007.

s/ William H. Barbour, Jr.  
UNITED STATES DISTRICT JUDGE